RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 8/18/11

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| LOYD NEWBY<br>LA. DOC # 111110 | CIVIL ACTION NO. 3:11-cv-0627 |
| VERSUS | SECTION P |
| EAST CARROLL PARISH<br>SHERIFF'S DEPARTMENT, ET AL. | JUDGE ROBERT G. JAMES<br>MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights Complaint be **DISMISSED WITH PREJUDICE** for failing to state a claim on which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

**MONROE, LOUISIANA**, this 18 day of August, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE